UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. JACQUELINE MIRIAM MOLINE,<br>         Plaintiff,<br>   v.<br>PECOS RIVER TALC LLC,<br>         Defendant. | No. _____ |

**DECLARATION OF KEVIN H. MARINO IN SUPPORT OF PLAINTIFF'S
MOTION TO QUASH PECOS RIVER TALC LLC'S SUBPOENA**

KEVIN H. MARINO, of full age, hereby certifies, pursuant to 28 U.S.C. § 1746, as follows:

1.   I am an attorney-at-law of the State of New York and a member of the law firm Marino, Tortorella & Boyle, P.C., attorneys for Plaintiff, Dr. Jacqueline Miriam Moline ("Dr. Moline"), in this matter. I am fully familiar with the facts of this case and make this Declaration in support of Dr. Moline's motion to quash the subpoena that Pecos River Talc LLC served on Dr. Moline on August 15, 2025 (the "Subpoena").

**The Subpoena And Related Correspondence**

2.   Attached hereto as **Exhibit 1** is a true and correct copy of the Subpoena.

3.   Attached hereto as **Exhibit 2** is a true and correct copy of an e-mail chain between me and Matthew Bush, among others, between August 8, 2025, and August 15, 2025.

4.   Attached hereto as **Exhibit 3** is a true and correct copy of Dr. Moline's Responses and Objections to the Subpoena, dated August 29, 2025.

5.   Attached hereto as **Exhibit 4** is a true and correct copy of a letter from me to Matthew Bush, dated September 4, 2025.

6.   Attached hereto as **Exhibit 5** is a true and correct copy of an e-mail chain between me and Matthew Bush, among others, between August 8, 2025, and September 5, 2025.

**Documents From And Relating To The Emory Action**

7.      Attached hereto as **Exhibit 6** is a true and correct copy of an article titled *Malignant mesothelioma following repeated exposures to cosmetic talc: A case series of 75 patients*, by Drs. Theresa S. Emory, John C. Maddox, and Richard L. Kradin, published in the February 2020 edition of the American Journal of Industrial Medicine, as filed by Pecos River Talc LLC ("Pecos River") as an exhibit to its complaint in *LLT Management LLC v. Emory, et al.* No. 4:25-cv-00075 (E.D. Va.) (the "Emory Action").

8.      Attached hereto as **Exhibit 7** is a true and correct copy of the Complaint filed in the Emory Action on May 9, 2024, without its exhibits,.

9.      Attached hereto as **Exhibit 8** is a true and correct copy of Dr. Theresa Emory's Amended Responses and Objections to Pecos River's First and Second Set of Interrogatories, as filed in the Emory Action on April 22, 2025.

**Documents Relating To Dr. Moline's 2020 Article And The Clark Action**

10.     Attached hereto as **Exhibit 9** is a true and correct copy of the article titled *Mesothelioma Associated With the Use of Cosmetic Talc*, by Dr. Moline, Kristin Bevilacqua, Maya Alexandri, and Dr. Ronald E. Gordon, published in the January 2020 edition of the Journal of Occupational and Environmental Medicine.

11.     Attached hereto as **Exhibit 10** is a true and correct copy of a letter, dated June 3, 2025, from Drs. Stacieann Yuhasz and Paul Brandt-Rauf to Kristen Renee Fournier, along with its attachment.

12.     Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from the transcript of Dr. Moline's deposition in *Clark v. Johnson & Johnson*, No. MID-L-003809-18AS, taken on July 14, 2025.

I certify under penalty of perjury, pursuant to 28 U.S.C. § 1746(2), that the foregoing is true and correct.

Dated: September 11, 2025            /s Kevin H. Marino
                                     Kevin H. Marino
                                     MARINO, TORTORELLA & BOYLE, P.C.
                                     437 Southern Boulevard
                                     Chatham, New Jersey 07928-1488
                                     Tel: (973) 824-9300
                                     *Attorneys for Plaintiff Dr. Moline*