# EXHIBIT 11

Page 1

```
 1                SUPERIOR COURT OF NEW JERSEY
                  LAW DIVISION - MIDDLESEX COUNTY
 2                DOCKET NO. MID-L-003809-18AS
 3
 4
      KAYME A. CLARK and            )
 5    DUSTIN W. CLARK,              )
                                    )         VIDEOTAPED
 6              Plaintiffs,         )      DEPOSITION UPON
                                    )      ORAL EXAMINATION
 7        v.                        )            OF
                                    )      JACQUELINE MOLINE
 8                                  )           M.D.
      JOHNSON & JOHNSON, et al.,    )
 9    et al.,                       )
                                    )
10              Defendants.         )
      -------------------------------
11
12
13
14           TRANSCRIPT of the stenographic notes
15    of ANDREA F. NOCKS, a Certified Court Reporter and
16    Certified Realtime Court Reporter of the State of
17    New Jersey, Certificate No. XI01573, taken virtually
18    on Monday, July 14, 2025, commencing at 9:59 a.m.,
19    Eastern Standard Time.
20
21
22
23
24
25    JOB NO.:  7472600
```

```
 1   the question.
 2    BY MR. BUSH:
 3         Q.     Did you reread your article in
 4   preparation for the deposition in this case?
 5                MR. MARINO:  Direction not to answer
 6   the question.
 7                MR. BUSH:  Okay.
 8    BY MR. BUSH:
 9         Q.     I'm marking as Exhibit 2 your article
10   entitled Mesothelioma Associated With the Use of
11   Cosmetic Talc.
12                (Mesothelioma Associated With the Use
13   of Cosmetic Talc is marked as Exhibit 2 for
14    identification.)
15    BY MR. BUSH:
16         Q.     And you're the lead author of this
17   article, correct?
18         A.     Yes.
19         Q.     And if we turn to -- if we look at
20   the Results section, in the last section of Results,
21   you're right, you were there, on the top left.
22         A.     Can you tell me --
23         Q.     In the abstract on page 1.
24         A.     Oh, okay.
25         Q.     Yeah.  If we highlight that top
```

```
 1   portion and if we look at that last sentence under
 2   Results, in this article you stated that talcum
 3   powder usage was the only source of asbestos for all
 4   33 cases, correct?
 5        A.    That's what it says, yes.
 6        Q.    Okay.  And then I'm marking as
 7   Exhibit 3 your article from 2023 entitled
 8   Exposure to Cosmetic Talc and Mesothelioma.
 9              (Exposure to Cosmetic Talc and
10   Mesothelioma marked as Exhibit 3 for
11   identification.)
12    BY MR. BUSH:
13        Q.    You are the lead author of this
14   article as well, correct?
15        A.    Yes.
16              MR. BUSH:  And this is Tab 10 for our
17   video.  And can we zoom in to the abstract, please.
18    BY MR. BUSH:
19        Q.    And if we look at the part that says
20   "Aim," this article involved 166 cases of
21   individuals, correct?
22        A.    Yes.
23        Q.    And for this article, if we look at
24   the last section of Methods, says, "Alternate
25   asbestos exposure in addition to exposure from
```

MOLINE, M.D. - DIRECT

Page 235

1  didn't fill out any forms.
2      Q.    And do you have an intention of
3  submitting an application in the future?
4      A.    Maybe.  I don't know.
5      Q.    I think we have one minute and 30
6  seconds, so I'm just going to ask a couple more
7  questions.
8           MR. BUSH:  I think we have six
9  minutes.
10          MR. GARDE:  In the midst of a
11 thunderstorm.
12     Q.    Did you have any communications with
13 Dr. Emory, Dr. Maddox or Dr. Kradin regarding either
14 of your two articles?
15     A.    No.
16     Q.    Did any of them ask you to identify
17 the individuals in your 2020 article to ensure that
18 there wasn't an overlap between the two articles?
19     A.    No, we didn't have communications.
20     Q.    Did you talk to either Dr. Emory,
21 Dr. Maddox or Dr. Kradin about their article, about
22 the 75 individuals?
23          MR. BRALY:  I have to make an
24 objection to this.  There's ongoing litigation
25 between Johnson & Johnson and each of those experts,

MOLINE, M.D. - DIRECT

Page 236

```
1   and to the extent that this is an attempt to develop
2   discovery to then prosecute against Drs. Maddox,
3   Emory or Kradin, that's completely outside the scope
4   of what the subpoena's supposed to be about.
5              You've asked the question.  This is,
6   this is a back-dooring that I haven't seen in a
7   while.
8    BY MR. BUSH:
9        Q.     Did you have any communications with
10  either Dr. Maddox, Dr. Emory or Dr. Kradin regarding
11  their article regarding the 75 individuals?
12       A.     I did not.
13       Q.     And so we're talking about the 2023
14  article.  Was Raffaella Marsico an individual in
15  the -- strike that.
16             Was Raffaella Marsico an individual
17  in the 2020 or 2023 article?
18       A.     I -- I don't recall that name.  I
19  don't know if it's on the list.  You have the list.
20       Q.     Sure.
21             Can we pull up Tab 18, which was
22  Exhibit 6.  Let's go to the next page.  Let's go to
23  the M's.
24             So, you see Raffaella Marsico sort of
25  in the middle there?
```

Page 239

1                    CERTIFICATE OF OFFICER

2

3                 I CERTIFY that the foregoing is a true
4       and accurate transcript of the testimony and
5       proceedings as reported stenographically by me at
6       the time, place and on the date as hereinbefore set
7       forth.
8                 I DO FURTHER CERTIFY that I am neither
9       a relative nor employee nor attorney or counsel of
10      any of the parties to this action, and that I am
11      neither a relative nor employee of such attorney or
12      counsel, and that I am not financially interested in
13      the action.

14                    *Andrea Nocks CCR CRR*

15                    ----------------------------------
16                    ANDREA NOCKS, CCR, CRR
                      Certificate No. X100157300
17                    Certificate No. XR00011300
18
19
20
21
22
23
24
25