UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DR. JACQUELINE MIRIAM MOLINE,

                              Plaintiff,

          -v-

PECOS RIVER TALC LLC,

                              Defendant.

25 Misc. 391

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      The Court is in receipt of plaintiff Jacqueline Miriam Moline's motion to quash the subpoena served on her by defendant Pecos River Talc LLC ("Pecos River Talc"). Dkt. 1. Pecos River Talc's opposition is due September 25, 2025. Moline's reply, if any, is due October 2, 2025.

      SO ORDERED.

                                                       *Paul A. Engelmayer*
                                                       PAUL A. ENGELMAYER
                                                       United States District Judge

Dated: September 17, 2025
         New York, New York