# EXHIBIT B

```
                                                              Page 1

 1                  SUPERIOR COURT OF NEW JERSEY
                    LAW DIVISION - MIDDLESEX COUNTY
 2                  DOCKET NO. MID-L-003809-18AS
 3
 4
      KAYME A. CLARK and            )
 5    DUSTIN W. CLARK,              )
                                    )           VIDEOTAPED
 6              Plaintiffs,         )        DEPOSITION UPON
                                    )        ORAL EXAMINATION
 7         v.                       )               OF
                                    )        JACQUELINE MOLINE
 8                                  )              M.D.
      JOHNSON & JOHNSON, et al.,    )
 9    et al.,                       )
                                    )
10              Defendants.         )
      ------------------------------
11
12
13
14          TRANSCRIPT of the stenographic notes
15   of ANDREA F. NOCKS, a Certified Court Reporter and
16   Certified Realtime Court Reporter of the State of
17   New Jersey, Certificate No. XI01573, taken virtually
18   on Monday, July 14, 2025, commencing at 9:59 a.m.,
19   Eastern Standard Time.
20
21
22
23
24
25   JOB NO.:  7472600
```

Priority-One Court Reporting Services Inc. – A Veritext Company
718-983-1234

1  source of asbestos exposure that leads to
2  mesothelioma and it should be considered.
3          Q.      And do you think the paper would have
4  been as strong if you presented individuals with
5  exposures to cosmetic talc and other known exposures
6  to asbestos?
7                  MR. KRAMER:  Objection to form.
8          A.      I don't know what you mean, strong.
9          Q.      Well, would it have -- would facts
10 have supported your conclusions?  Would there have
11 been as strong evidence for your conclusions?
12                 MR. MARINO:  Objection to the form of
13 the question.
14         A.      They would have been as strong.  I
15 think it's -- when you're trying to show something
16 should be considered, it may be easier to isolate
17 it.
18                 But the finding that a group of
19 individuals have a common exposure in and of itself
20 is a valid argument to present even if they have
21 additional exposures, since you can't discount one
22 and say because they have exposure to A, then B, C,
23 D don't matter.
24         Q.      And would you say that the whole
25 point of your paper was to say that mesothelioma can

1  occur in individuals whose sole exposure is cosmetic
2  talc?
3       A.    The sole purpose of the article is to
4  alert clinicians about the fact that mesotheliomas
5  are seen in individuals with cosmetic talcum powder
6  exposure and they should elicit a history of talcum
7  powder exposure as they would look for other
8  exposures when evaluating a patient.
9       Q.    I'm going to mark as Exhibit 12 your
10 deposition in the Wiman case dated
11 November 25, 2019 -- oh, I'm sorry, yes, Exhibit 12.
12              (November 25, 2019 deposition
13 transcript is marked as Exhibit 12 for
14 identification.)
15  BY MR. BUSH:
16      Q.    And we're going to look at page 53,
17 which is page 14 of the PDF.  And if we could zoom
18 in to lines 8 through 21, please.
19              So the question is -- so my poorly
20 worded question earlier, this isn't much better, my
21 question then is, "Of the cases available to you at
22 the time you were selecting your 33 that did not, in
23 your estimation, have another potential source of
24 asbestos exposure, what criteria did you use to use
25 amongst those for your 33?

Page 239

1              CERTIFICATE OF OFFICER

2

3              I CERTIFY that the foregoing is a true
4      and accurate transcript of the testimony and
5      proceedings as reported stenographically by me at
6      the time, place and on the date as hereinbefore set
7      forth.
8              I DO FURTHER CERTIFY that I am neither
9      a relative nor employee nor attorney or counsel of
10     any of the parties to this action, and that I am
11     neither a relative nor employee of such attorney or
12     counsel, and that I am not financially interested in
13     the action.

14                    *Andrea Nocks CCR CRR* (signature)

15                    ---------------------------------
16                    ANDREA NOCKS, CCR, CRR
                      Certificate No. X100157300
17                    Certificate No. XR00011300

18

19

20

21

22

23

24

25